IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANYEILL Y. DONAHUE-JILES                                              PLAINTIFF
o/b/o DARIUS F. DONAHUE

v.                          NO. 4:16CV00866 JLH/PSH

NANCY A. BERRYHILL,
ACTING COMMISIONER OF SOCIAL
SECURITY ADMINISTRATION                                                DEFENDANT

## ORDER

The Court has received proposed Recommended Disposition from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS SO ORDERED this 8th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE