IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANYEILL Y. DONAHUE-JILES                                                      PLAINTIFF
o/b/o DARIUS F. DONAHUE

v.                              NO. 4:16CV00866 JLH/PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE